**Electronically Filed
Supreme Court
SCWC-19-0000326
07-JUN-2022
10:09 AM
Dkt. 3 ODAC**

SCWC-19-0000326

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellant,

vs.

GILBERT BALAI, SR.,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000326; CASE NO. 5CPC-18-0000038)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiff-Appellant's Application for Writ

of Certiorari, filed on April 27, 2022, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 7, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

